[No. 51755-4-I. Division One. October 18, 2004.]

SANDRA LARSON, *Appellant*, v. ROBERT VAN CUREN, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-05790-1, John P. Erlick and Bruce W. Hilyer, JJ., entered November 27 and December 26, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Schindler, J.

[No. 51868-2-I. Division One. October 18, 2004.]

*In the Matter of the Marriage of* DEBRA PARATORE, *Respondent*, and GUY W. STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-05193-7, Mary Yu, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52397-0-I. Division One. October 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05099-7, Cheryl B. Carey, J., entered May 19, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 52680-4-I. Division One. October 18, 2004.]

*In the Matter of the Marriage of* SHERYL BETH WESTFALL, *Respondent*, and DON L. WESTFALL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-01245-4, Charles S. French, J., entered June 19, 2003. *Affirmed* by unpublished per curiam opinion.